AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Batchelder, Alice M. | 6th Cir. Ct. of Appeals | 05/01/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active | ☐ Nomination  Date <br> ☐ Initial  ✔ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2017 to 12/31/2017 |

**7. Chambers or Office Address**

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Intellectual Property Law & Technology Advisory Council - University of Akron School of Law |
| 2. | Member | Board of Trustees - Grove City College - see note 1 |
| 3. | Member | Board of Directors - Foundation for Research on Economics and the Environment |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Batchelder, Alice M. | 05/01/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | OPERS - pension |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Univ. of Notre Dame Law School | 3/2-3/3 | Univ. of Notre Dame, Indiana | Moot Court judge | air fare and hotel |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | First Nat'l Bank of Wyoming | Mtge/Note on Property # 21 (see note 2) | K |
| 2. | Westfield Bank | Mtge/Note on Properties 1, 8, 14, 20 | M |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Batchelder, Alice M. | 05/01/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Account # 1 -- IRA | B | Dividend | L | W | | | | | |
| 2. - Sequoia Financial Group Cash Account | A | Interest | J | W | | | | | |
| 3. CORP PIMCO Investment Grade Corp. Bond | A | Dividend | J | W | | | | | |
| 4. SCHE Schwab Emerging Markets | A | Dividend | J | W | Buy | 05/02/17 | J | | |
| 5. SCHR Schwab Intermediate Term | A | Dividend | J | W | | | | | |
| 6. SCHC Schwab Int'l Small | A | Dividend | J | W | Buy | 11/10/17 | J | | |
| 7. SCHZ Schwab US aggregate bond | A | Dividend | J | W | | | | | |
| 8. SCHV Schwab US Large Cap | A | Dividend | J | W | | | | | |
| 9. SCHX Schwab US Large Cap | A | Dividend | J | W | Buy | 02/06/17 | J | | |
| 10. SCHA Schwab US Small Cap | A | Dividend | J | W | Buy | 02/06/17 | J | | |
| 11. RWO Spdr Dow Jones Global | A | Dividend | J | W | Buy | 02/06/17 | J | | |
| 12. CWI/ SPDR MSCI ACWI EX-US | A | Dividend | J | W | Buy | 02/06/17 | J | | |
| 13. ACIM/SPDR MSCI ACWI IMI ETF | A | Dividend | J | W | | | | | |
| 14. AGGY Wisdomtree Barclays Yield US | A | Dividend | J | W | | | | | |
| 15. GNR/SPDR S+P Global Nat'l | A | Dividend | J | W | | | | | |
| 16. GII SPDR S&P Global Infrastructure | A | Dividend | J | W | | | | | |
| 17. SCHX/Schwab US Large Cap | | | | | Sold | 11/08/17 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Batchelder, Alice M. | 05/01/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ACIM/SPDR MSCI ACWI IMI | | | | | Sold | 11/08/17 | J | A | |
| 19. CWI/SPDR MSCI ACWI EX-US | | | | | Sold | 11/08/17 | J | A | |
| 20. RWD/SPDR Dow Jones Global real | | | | | Sold | 05/02/17 | J | A | |
| 21. GNR/SPDR S+P /Global Nat'l | | | | | Sold | 02/06/17 | J | A | |
| 22. SCHZ/Schwab Aggregate Bond | | | | | Sold | 02/06/17 | J | A | |
| 23. ACIM/SPDR MSCI ACWI IMI | | | | | Sold | 02/06/17 | J | A | |
| 24. Account #2 - IRA | C | Dividend | M | W | | | | | |
| 25. -Sequoia Financial Group Cash Account | A | Interest | J | W | | | | | |
| 26. CORP/AMCO Invest Grade Corp | A | Dividend | J | W | | | | | |
| 27. SCHE/ Schwab Emerging Markets | A | Dividend | J | W | Buy | 05/02/17 | J | | |
| 28. SCHR/ Schwab Intermediate term | A | Dividend | J | W | | | | | |
| 29. SCHC/ Schwab Intern'l Small | A | Dividend | J | W | Buy | 11/08/17 | J | | |
| 30. SCHZ/ Schwab US aggregate bond | A | Dividend | J | W | | | | | |
| 31. SCHV/ Schwab US Large Cap | A | Dividend | J | W | | | | | |
| 32. SCHX/ Schwab US Large Cap | A | Dividend | K | W | Buy | 02/06/17 | J | | |
| 33. SCHA/Schwab US Small Cap | A | Dividend | J | W | Buy | 02/06/17 | J | | |
| 34. RWO SPDR Dow Jones Global Real Estate | A | Dividend | J | W | Buy | 02/06/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Batchelder, Alice M. | 05/01/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. CWI SPDR MSCI ACWI Ex-US | A | Dividend | K | W | Buy | 02/06/17 | J | | |
| 36. ACIM SPDR MSCI ACWI IMI | A | Dividend | K | W | | | | | |
| 37. GII/ SPDR S&P Global Infrastructure | A | Dividend | J | W | | | | | |
| 38. GNR SPDR Global Natural Resources | A | Dividend | J | W | | | | | |
| 39. AGGY Wisdomtree Barclays yield US | A | Dividend | J | W | | | | | |
| 40. CWI/SPDR MSCI ACWI EX-US | | | | | Sold | 11/08/17 | J | A | |
| 41. ACIM/SPDR MSCI ASWI IMI | | | | | Sold | 11/08/17 | J | A | |
| 42. SCHX/Schwab US Large Cap | | | | | Sold | 11/08/17 | J | A | |
| 43. GNR/SPDR S+P Global Natural Res | | | | | Sold | 02/06/17 | J | A | |
| 44. ACIM/SPDR MSCI ACWI IMI | | | | | Sold | 02/06/17 | J | A | |
| 45. RWD/SPDR Dow Jones Global Real | | | | | Sold | 05/02/17 | J | A | |
| 46. SCHZ/Schwab US Aggregate Bond | | | | | Sold | 02/06/17 | J | A | |
| 47. Account #3 - IRA | B | Dividend | L | W | | | | | |
| 48. - Sequoia Financial Group Cash Account | A | Dividend | J | W | | | | | |
| 49. GWPFX American Funds Growth | A | Dividend | J | W | | | | | |
| 50. IVW I Shares S&P 500 Growth | A | Dividend | J | W | | | | | |
| 51. BLPFX/American Moderate Growth | A | Dividend | J | W | Buy | 01/31/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Batchelder, Alice M. | 05/01/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Real Estate (H) - see Part VIII, note 4 | | | | | | | | | |
| 53. Prop. # 1 -- duplex -- Medina, Ohio | D | Rent | M | Q | | | | | |
| 54. Prop. # 2 -- 2-family -- Medina, Ohio (1/3 interest) | C | Rent | K | Q | | | | | |
| 55. Prop. # 3 -- Single family -- Medina, Ohio (1/3 interest) | C | Rent | K | Q | | | | | |
| 56. Prop. # 4 -- 4 duplex units -- Medina, Ohio (1/2 interest) | D | Rent | M | Q | | | | | |
| 57. Prop. # 5 -- 2 duplex units -- Medina, Ohio (1/2 interest) | D | Rent | L | Q | | | | | |
| 58. Prop. # 6 -- 2-fam. & 3-fam. Houses -- Medina, OH (1/2 int) | D | Rent | L | Q | | | | | |
| 59. Prop. # 7 -- Apartments -- Medina, Ohio (1/3 interest) | E | Rent | N | Q | | | | | |
| 60. Prop. # 8 -- 2 duplex units -- Medina OH | D | Rent | M | Q | | | | | |
| 61. Prop. # 9 -- Farm -- Lodi, OH | D | Rent | O | Q | | | | | |
| 62. Prop. # 10 -- hog feeder, Lodi, OH (1/5 int) | | None | J | W | | | | | |
| 63. Prop. # 11 -- single family -- Medina OH | D | Rent | M | Q | | | | | |
| 64. Prop. # 12 -- single family -- Medina, OH (1/2 interest) | C | Rent | K | Q | | | | | |
| 65. Prop. # 13 -- Commercial bldg -- Medina OH (2/3 interest) | E | Rent | N | Q | | | | | |
| 66. Prop. # 14 -- duplex -- Medina, OH | E | Rent | M | Q | | | | | |
| 67. Prop. # 15 -- vacant lot -- Medina, OH (1/2 interest) | | None | K | Q | | | | | |
| 68. Prop. # 16 -- Vacant land -- Medina, OH | | None | M | Q | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Batchelder, Alice M. | 05/01/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Prop. # 17 -- single family -- Medina, OH | D | Rent | M | Q | | | | | |
| 70. Prop. # 18 -- single family -- Medina OH (1/2 interest) | B | Rent | K | W | | | | | |
| 71. Prop. # 19 -- commercial bldg -- Medina OH | E | Rent | M | Q | | | | | |
| 72. Prop. # 20 -- Comm. Bldg with apt. -- Medina OH | D | Rent | M | Q | | | | | |
| 73. Prop. # 21 -- Vacant land -- Big Horn County, WY | A | Rent | N | W | | | | | |
| 74. Misc. (H) | | | | | | | | | |
| 75. Farmers Savings Bank accounts | B | Interest | M | T | | | | | |
| 76. Huntington National Bank accounts | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Batchelder, Alice M. | 05/01/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note 1: The "audit" feature advises me that I should list the assets of the entity of which I am a trustee. I am assuming that this is not true when that entity is an educational institution, and the audit has simply detected the term "trust" in the item. Otherwise, this requirement is ridiculous, and I cannot comply with it.

Note 2: Real Estate assets in Sec. VII whose value method is reported as "Q": I have again used the Medina County Auditor's most recent appraisal figures. I am unable to provide the date of the appraisal in any of these cases because it was not provided to me. These appraisals are the basis for our real estate taxes.

Note 3: Re: Reimbursements -- I continue to participate in Blackstone and events of organizations such as James Wilson Institute, but I do not accept any reimbursement for my expenses.

Note 4: Could the Committee arrange to have the font on this report made a little smaller? If I smash my nose against my monitor screen, I can read it, but it's hard to use the keyboard that way. If it were just a little smaller, maybe you could goad me into retiring. . .

| Name of Person Reporting | Date of Report |
|---|---|
| Batchelder, Alice M. | 05/01/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Alice M. Batchelder**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544